IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC MILTON LIVERING,** | : CIVIL ACTION NO. 1:20-CV-855 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **ROBERT KARNES,** *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 29th day of January, 2021, upon consideration of defendants' motion (Doc. 19) to dismiss, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 19) is GRANTED.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this order is DEEMED frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania